UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (Atlanta)

|  |  |
|---|---|
| RAZAKI KARIMU and<br>SERMEAL PATRICE BAILEY,<br><br>    Plaintiffs,<br><br>v.<br><br>KIKA SCOTT, SENIOR OFFICIAL<br>PERFORMING THE DUTIES OF THE<br>DIRECTOR OF U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES; AND<br>MICAH R. BROWN, DIRECTOR OF THE<br>U.S. CITIZENSHIP IMMIGRATION<br>SERVICES, ATLANTA FIELD OFFICE[1],<br><br>    Defendants. | Case No. 1:25-cv-00069-MHC |

## ORDER

Upon consideration of the *Joint Motion to Extend Time* filed by Defendants, it is, on this 11th day of March, 2025, by the United States District Court for the Northern District of Georgia:

ORDERED that the *Joint Motion to Extend Time* BE and HEREBY IS GRANTED; and it is further

---

[1] Kika Scott serves as the Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, and Micah R. Brown serves as the Director of the U.S. Citizenship Immigration Services, Atlanta Field Office, automatically substituting for their predecessors in office as parties in accordance with Federal Rule of Civil Procedure 25(d).

ORDERED that Defendants' deadline to respond to the Complaint is extended to on or before June 23, 2025.

_____
Judge Mark H. Cohen
United States District Judge