IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAZAKI KARIMU and SERMEAL PATRICE BAILEY,<br><br>   Plaintiffs,<br><br>v.<br><br>ANGELICA ALFONSO-ROYALS, Acting Director of U.S. Citizenship and Immigration Services and TONI HEAD, Acting Director of the U.S. Citizenship Immigration Services, Atlanta Field Office,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-00069-MHC |

## ORDER

It is hereby **ORDERED** that the parties' Second Joint Motion to Extend Time [Doc. 7] is **GRANTED**. The deadline for Defendants to answer or otherwise respond to the Complaint is extended through June 30, 2025.

**IT IS SO ORDERED** this 23rd day of June, 2025.

_____
MARK H. COHEN
United States District Judge