UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (Atlanta)

| | |
|---|---|
| RAZAKI KARIMU and <br> SERMEAL PATRICE BAILEY, <br><br> Plaintiffs, <br><br> v. <br><br> ANGELICA ALFONSO-ROYALS, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND TONI HEAD, ACTING DIRECTOR OF THE U.S. CITIZENSHIP IMMIGRATION SERVICES, ATLANTA FIELD OFFICE, <br><br> Defendants. | Case No. 1:25-cv-00069-MHC |

# ORDER

Finding good cause, it is hereby ORDERED as follows:

| | |
|---|---|
| Plaintiffs' Amended Complaint | Due July 21, 2025 (21 days from today) |
| Defendants' Answer or Otherwise Response to Complaint | Due September 4, 2025 (45 days) |
| Parties' Joint Proposed Schedule on Exchange of the Certified Administrative Record and Summary Judgment Motions | Due September 18, 2025 (14 days) |

Dated: June 30, 2025

*Mark H. Cohen*
_____
The Hon. Judge Mark H. Cohen
United States District Judge