IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAZAKI KARIMU and SERMEAL PATRICE BAILEY,<br><br>    Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services and MICAH R. BROWN, Director of Atlanta Field Office of U.S. Citizenship and Immigration Services, in their official capacities,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-0069-MHC |

## ORDER

On June 30, 2025, the parties filed a joint motion asking this Court to enter an Order which, among other things, granted Plaintiffs 21 days to file an Amended Complaint [Doc. 9]. That same day, this Court granted the joint motion and ordered Plaintiffs to file their Amended Complaint no later than July 21, 2025 [Doc. 10]. Plaintiffs have failed to file an Amended Complaint within the authorized time period.

Consequently, it is hereby **ORDERED** that Plaintiffs **SHOW CAUSE IN WRITING**, if any there be, no later than ten (10) days from the date of this Order,

why this Court should not dismiss this case for want of prosecution. See LR 41.3A(2), NDGa. ("The court may, with or without notice to the parties, dismiss a civil case for want of prosecution if: . . . A plaintiff or plaintiff's attorney shall . . . fail or refuse to obey a lawful order of the court in the case[.]").

**IT IS SO ORDERED** this 2nd day of September, 2025.

_____
MARK H. COHEN
United States District Judge